# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00062-CV

**In re William Wiese**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator William Wiese has filed a petition for writ of mandamus and an emergency motion for temporary relief from temporary orders signed by the trial court on January 15, 2015, requiring Wiese to pay $25,0000 in appellate attorney's fees to counsel for the real party in interest by 5:00 p.m. on February 2, 2015. *See* Tex. R. App. P. 52.8, 52.10. The January 15 temporary orders, including the trial court's award of interim attorney's fees to the real party in interest, are related to a suit affecting the parent-child relationship, the appeal of which is currently pending before this Court. *See* Tex. Fam. Code § 109.001 (temporary orders during pendency of appeal).

The Court grants relator's emergency motion for temporary relief and hereby stays the trial court's January 15 temporary orders, including any requirement that Wiese pay for real party in interest's attorney's fees on appeal, pending further order of this Court. *See id*. § 109.001(b). In addition, we order the real party in interest to file a response to the petition for writ of mandamus on or before February 13, 2015.

It is so ordered January 30, 2015.

Before Chief Justice Rose, Justices Goodwin and Field